AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00204 |
| Gene DiGiovanni Jr. (AKA: Gino DiGiovanni) | ) Assigned To : Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign. Date : 8/14/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds), | |
| 18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), | |
| 40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building), | |
| 40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Issuing Officer's signature*

_____
*Issuing Officer*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _08/14/2023_

_____
*Judge's signature*

City and state:   Washington, D.C.   Honorable Moxila A Upadhyaya,
*United States Magistrate Judge*