AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

AUG 15 2023 PM5:48
FILED-USDC-CT-NEW HAVEN

United States of America
v.
Gene DiGiovanni Jr. (AKA: Gino DiGiovanni)

Defendant

) Case: 1:23-mj-00204
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 8/14/2023
) Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gene DiGiovanni Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 08/14/2023

*Judge's signature*

City and state: Washington, D.C.    Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 8/14/23, and the person was arrested on *(date)* 8/15/23
at *(city and state)* New Haven, Connecticut.

Date: 8/15/23

TFO
*Arresting officer's signature*

Task Force Officer Sean Brennan  FBI New Haven
*Printed name and title*